Printed: 6/27/2005

## *Average Daily Balance For Pauper Filing*

### *For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005*

05 Page 1 of 5 00

SBI: *00344213*          NAME:     *GAUNTT, RAYMOND*

| Date | Balance |
|------|---------|
| 12/01/2004 | $0.06 |
| 12/02/2004 | $0.06 |
| 12/03/2004 | $0.06 |
| 12/04/2004 | $0.06 |
| 12/05/2004 | $0.06 |
| 12/06/2004 | $0.06 |
| 12/07/2004 | $0.06 |
| 12/08/2004 | $0.06 |
| 12/09/2004 | $0.06 |
| 12/10/2004 | $100.06 |
| 12/11/2004 | $100.06 |
| 12/12/2004 | $100.06 |
| 12/13/2004 | $100.06 |
| 12/14/2004 | $100.06 |
| 12/15/2004 | $100.06 |
| 12/16/2004 | $100.06 |
| 12/17/2004 | $100.06 |
| 12/18/2004 | $100.06 |
| 12/19/2004 | $100.06 |
| 12/20/2004 | $100.06 |
| 12/21/2004 | $100.06 |
| 12/22/2004 | $4.46 |
| 12/23/2004 | $4.46 |
| 12/24/2004 | $4.46 |
| 12/25/2004 | $4.46 |
| 12/26/2004 | $4.46 |
| 12/27/2004 | $4.46 |
| 12/28/2004 | $29.46 |
| 12/29/2004 | $29.46 |
| 12/30/2004 | $79.46 |
| 12/31/2004 | $79.46 |
| 01/01/2005 | $79.46 |
| 01/02/2005 | $79.46 |
| 01/03/2005 | $79.46 |
| 01/04/2005 | $104.46 |
| 01/05/2005 | $47.04 |
| 01/06/2005 | $47.04 |
| 01/07/2005 | $47.04 |
| 01/08/2005 | $47.04 |
| 01/09/2005 | $47.04 |
| 01/10/2005 | $47.04 |
| 01/11/2005 | $47.04 |
| 01/12/2005 | $47.04 |
| 01/13/2005 | $47.04 |
| 01/14/2005 | $47.04 |
| 01/15/2005 | $47.04 |
| 01/16/2005 | $47.04 |
| 01/17/2005 | $47.04 |

Printed: 6/27/2005     *Average Daily Balance For Pauper Filing*     Page 2 of 4

*For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005*

SBI: *00344213*     NAME:     *GAUNTT, RAYMOND*

| Date | Balance |
|------|---------|
| 01/18/2005 | $47.04 |
| 01/19/2005 | $11.31 |
| 01/20/2005 | $36.31 |
| 01/21/2005 | $36.31 |
| 01/22/2005 | $36.31 |
| 01/23/2005 | $36.31 |
| 01/24/2005 | $36.31 |
| 01/25/2005 | $36.31 |
| 01/26/2005 | $36.31 |
| 01/27/2005 | $36.31 |
| 01/28/2005 | $36.31 |
| 01/29/2005 | $36.31 |
| 01/30/2005 | $36.31 |
| 01/31/2005 | $36.31 |
| 02/01/2005 | $36.31 |
| 02/02/2005 | $12.23 |
| 02/03/2005 | $12.23 |
| 02/04/2005 | $12.23 |
| 02/05/2005 | $12.23 |
| 02/06/2005 | $12.23 |
| 02/07/2005 | $8.23 |
| 02/08/2005 | $8.23 |
| 02/09/2005 | $8.23 |
| 02/10/2005 | $8.23 |
| 02/11/2005 | $33.23 |
| 02/12/2005 | $33.23 |
| 02/13/2005 | $33.23 |
| 02/14/2005 | $33.23 |
| 02/15/2005 | $33.23 |
| 02/16/2005 | $13.28 |
| 02/17/2005 | $13.28 |
| 02/18/2005 | $13.28 |
| 02/19/2005 | $13.28 |
| 02/20/2005 | $13.28 |
| 02/21/2005 | $13.28 |
| 02/22/2005 | $13.28 |
| 02/23/2005 | $13.28 |
| 02/24/2005 | $13.28 |
| 02/25/2005 | $43.28 |
| 02/26/2005 | $43.28 |
| 02/27/2005 | $43.28 |
| 02/28/2005 | $30.63 |
| 03/01/2005 | $30.63 |
| 03/02/2005 | $5.39 |
| 03/03/2005 | $5.39 |
| 03/04/2005 | $5.39 |
| 03/05/2005 | $5.39 |
| 03/06/2005 | $5.39 |

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005*

SBI: *00344213*      NAME:      *GAUNTT, RAYMOND*

| Date | Balance |
|------|---------|
| 03/07/2005 | $5.39 |
| 03/08/2005 | $5.39 |
| 03/09/2005 | $5.39 |
| 03/10/2005 | $5.39 |
| 03/11/2005 | $30.39 |
| 03/12/2005 | $30.39 |
| 03/13/2005 | $30.39 |
| 03/14/2005 | $30.39 |
| 03/15/2005 | $30.39 |
| 03/16/2005 | $0.80 |
| 03/17/2005 | $0.80 |
| 03/18/2005 | $0.80 |
| 03/19/2005 | $0.80 |
| 03/20/2005 | $0.80 |
| 03/21/2005 | $0.80 |
| 03/22/2005 | $0.80 |
| 03/23/2005 | $0.80 |
| 03/24/2005 | $25.80 |
| 03/25/2005 | $25.80 |
| 03/26/2005 | $25.80 |
| 03/27/2005 | $21.80 |
| 03/28/2005 | $21.80 |
| 03/29/2005 | $21.80 |
| 03/30/2005 | $0.16 |
| 03/31/2005 | $0.16 |
| 04/01/2005 | $0.16 |
| 04/02/2005 | $0.16 |
| 04/03/2005 | $0.16 |
| 04/04/2005 | $0.16 |
| 04/05/2005 | $0.16 |
| 04/06/2005 | $0.16 |
| 04/07/2005 | $0.16 |
| 04/08/2005 | $0.16 |
| 04/09/2005 | $0.16 |
| 04/10/2005 | $0.16 |
| 04/11/2005 | $25.16 |
| 04/12/2005 | $25.16 |
| 04/13/2005 | $0.44 |
| 04/14/2005 | $0.44 |
| 04/15/2005 | $0.44 |
| 04/16/2005 | $0.44 |
| 04/17/2005 | $0.44 |
| 04/18/2005 | $0.44 |
| 04/19/2005 | $0.44 |
| 04/20/2005 | $0.44 |
| 04/21/2005 | $0.44 |
| 04/22/2005 | $0.44 |
| 04/23/2005 | $0.44 |

## Average Daily Balance For Pauper Filing

### For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005

**SBI: 00344213**          **NAME:     GAUNTT, RAYMOND**

| Date | Balance |
|---|---|
| 04/24/2005 | $0.44 |
| 04/25/2005 | $25.44 |
| 04/26/2005 | $25.44 |
| 04/27/2005 | $13.72 |
| 04/28/2005 | $13.72 |
| 04/29/2005 | $13.72 |
| 04/30/2005 | $13.72 |
| 05/01/2005 | $13.72 |
| 05/02/2005 | $13.72 |
| 05/03/2005 | $13.72 |
| 05/04/2005 | $13.72 |
| 05/05/2005 | $13.72 |
| 05/06/2005 | $38.72 |
| 05/07/2005 | $38.72 |
| 05/08/2005 | $38.72 |
| 05/09/2005 | $38.72 |
| 05/10/2005 | $38.72 |
| 05/11/2005 | $9.74 |
| 05/12/2005 | $9.74 |
| 05/13/2005 | $9.74 |
| 05/14/2005 | $9.74 |
| 05/15/2005 | $9.74 |
| 05/16/2005 | $9.74 |
| 05/17/2005 | $9.74 |
| 05/18/2005 | $9.74 |
| 05/19/2005 | $9.74 |
| 05/20/2005 | $9.74 |
| 05/21/2005 | $9.74 |
| 05/22/2005 | $9.74 |
| 05/23/2005 | $9.74 |
| 05/24/2005 | $9.74 |
| 05/25/2005 | $0.53 |
| 05/26/2005 | $0.53 |
| 05/27/2005 | $0.53 |
| 05/28/2005 | $0.53 |
| 05/29/2005 | $0.53 |
| 05/30/2005 | $0.53 |
| 05/31/2005 | $0.53 |

*Summary for 'SBI' = 00344213 (182 detail records)*          **Average Daily Balance:     $24.27**

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                                    Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.06 |
|-----|-----------|------------|----|----|------------------|---|-------|
| 00344213 | GAUNTT | RAYMOND | | | | | |
| Current Location: | BOOTCAMP | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Mail MO | TRISH GAUNTT | 12/10/2004 | $100.00 | $0.00 | $0.00 | $0.00 | $100.06 |
| Commissary | | 12/22/2004 | ($95.60) | $0.00 | $0.00 | $0.00 | $4.46 |
| Mail MO | PATRICIA GAUNTT | 12/28/2004 | $25.00 | $0.00 | $0.00 | $0.00 | $29.46 |
| Mail MO | JENNIFER WILL | 12/30/2004 | $50.00 | $0.00 | $0.00 | $0.00 | $79.46 |
| | | | | | Ending Mth Balance: | | $79.46 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $79.46 |
|---|---|---|---|---|---|---|
| 00344213 | GAUNTT | RAYMOND | | | | |
| Current Location: | BOOTCAMP | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | TRISH GAUNTT | 1/4/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $104.46 |
| Commissary | | 1/5/2005 | ($57.42) | $0.00 | $0.00 | $0.00 | $47.04 |
| Commissary | | 1/19/2005 | ($35.73) | $0.00 | $0.00 | $0.00 | $11.31 |
| Mail MO | PATRICIA GAUNTT | 1/20/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $36.31 |
| | | | | | | Ending Mth Balance: | $36.31 |

# Prior Month -- Individual Statement

Date Printed:  6/27/2005                                                                                          Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $36.31 |
|-----|-----------|-----------|----|----|------------------|--|--------|
| 00344213 | GAUNTT | RAYMOND | | | | | |
| Current Location: | BOOTCAMP | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 2/2/2005 | ($24.08) | $0.00 | $0.00 | $0.00 | $12.23 |
| Postage-Com | | 2/2/2005 | $0.00 | $0.00 | ($12.65) | $0.00 | $12.23 |
| Medical | | 2/7/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $12.23 |
| Medical | | 2/7/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $8.23 |
| Visit MO | PATRICIA GAUNTT | 2/11/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $33.23 |
| Commissary | | 2/16/2005 | ($19.95) | $0.00 | $0.00 | $0.00 | $13.28 |
| Mail MO | PATRICIA GAUNTT | 2/25/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $43.28 |
| Postage-Com | | 2/28/2005 | ($12.65) | $0.00 | $0.00 | $0.00 | $30.63 |
| | | | | | | **Ending Mth Balance:** | **$30.63** |

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $30.63 |
|---|---|---|---|---|---|---|
| 00344213 | GAUNTT | RAYMOND | | | | |
| Current Location: | BOOTCAMP | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/2/2005 | ($25.24) | $0.00 | $0.00 | $0.00 | $5.39 |
| Visit MO | GAUNTT | 3/11/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $30.39 |
| Commissary | | 3/16/2005 | ($29.59) | $0.00 | $0.00 | $0.00 | $0.80 |
| Visit MO | P. GAUNTT | 3/24/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.80 |
| Medical | | 3/27/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $25.80 |
| Medical | | 3/27/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $21.80 |
| Commissary | | 3/30/2005 | ($21.64) | $0.00 | $0.00 | $0.00 | $0.16 |
| | | | | | Ending Mth Balance: | | $0.16 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00344213 | GAUNTT | RAYMOND | | | | |
| Current Location: | BOOTCAMP | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | PATRICIA GAUNTT | 4/11/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.16 |
| Commissary | | 4/13/2005 | ($24.72) | $0.00 | $0.00 | $0.00 | $0.44 |
| Visit MO | PATRICIA GAUNTT | 4/25/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.44 |
| Commissary | | 4/27/2005 | ($11.72) | $0.00 | $0.00 | $0.00 | $13.72 |
| | | | | | Ending Mth Balance: | | $13.72 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $13.72 |
|---|---|---|---|---|---|---|
| 00344213 | GAUNTT | RAYMOND | | | | |
| Current Location: | BOOTCAMP | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | PATRICIA GAUNTT | 5/6/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $38.72 |
| Commissary | | 5/11/2005 | ($28.98) | $0.00 | $0.00 | $0.00 | $9.74 |
| Commissary | | 5/25/2005 | ($9.21) | $0.00 | $0.00 | $0.00 | $0.53 |
| | | | | | Ending Mth Balance: | | $0.53 |