(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

(1) __Raymond Gavott Jr.__ __344213__
(Name of Plaintiff)   (Inmate Number)

__S.C.I. P.O. Box 500 Georgetown DE 19956__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Drill Instructor Byrd,__
(2) __Sussex Boot Camp Facility__
(3) __Acting Commander Warden Kearney__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_____
(Case Number)
( to be assigned by U.S. District Court)

05 - - 500

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
JUL 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____
   _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•• Yes)  •• No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  •• Yes  (•• No)

C. If your answer to "B" is Yes:

  1. What steps did you take? _____

  2. What was the result? _____

D. If your answer to "B" is No, explain why not: I was told my claim was not a grievable offense

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: D.I Byrd
    Employed as Drill Instructor at S.B.C. S.C.I.
    Mailing address with zip code: P.O. Box 500 Georgetown DE 19956

(2) Name of second defendant: Sussex Boot Camp Facility
    Employed as Shock Incarceration Program at S.B.C., S.C.I
    Mailing address with zip code: P.O. Box 500 Georgetown DE 19956

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On, or about March 17th, 2005 I participated in a session of A.M.S. (Afternoon Motivational Session) outside S.B.C. (Sussex Boot Camp) on the P.T. Field, with D.I Byrd. After doing several excercises I was instructed to do an excersise
2. called "the Walrus", from the Key Building all the way to the pavement, At the time I was not aware the excercise was not a part of Boot Camp's P.T., I thought it was just an extreme excercise for A.M.S.,
3. During the excercise I injured my left Shoulder, I am a still currently, after almost three months unable to do any upper body excercises. The injury almost effected my stay at Boot Camp do to the fact I can't exceed all Boot Camp Standards,

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like a settlement for Pain and Suffering, I would like for the Boot Camp's physical training sessions to be more observed by the upper staff, so the same thing doesn't happen again

3

2. I would also like a settlement for Mental Anguish due to the Stress that was caused from Drill Instructors from not being able to do all excercises

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of June, 2005.

_Raymond Jauntl jr_
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)



I/M: Raymond Gault Jr. BLDG. Key South B-Teir
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DE 19947
U.S.M.S.
X-RAY

Clerk
U.S. District Court
Lockbox 18  844 N. King Street
Wilmington, DE
19801