IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
RAYMOND GAUNTT, JR.,              )
                                  )
         Plaintiff,               )
                                  )
     v.                           )  Civ. No. 05-500-GMS
                                  )
DRILL INSTRUCTOR BYRD, SUSSEX     )
BOOT CAMP FACILITY, and           )
ACTING COMMANDER KEARNEY,         )
                                  )
         Defendants.              )
```

**AUTHORIZATION**

I, Raymond Gauntt, Jr. SBI # 344213, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $13.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 2_ , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _August 8th_ , 2005.

_____
Raymond Gauntt, Jr.

I/M: *Raymond Gwomt*   BLDG: *Roy. 13*   SBI# *344213*
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

U.S. POSTAGE  PB 2230370
$00.37⁰
1815   AUG 25 05
7996   FROM ZIP CODE   19947
2930

U.S.M.S.
X-RAY

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington DE 19801-3570
U.S.M.S.
X-RAY

2005 AUG 26 AM 11:56

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE