```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:gms_nef@ded.uscourts.gov
Message-Id:<127763@ded.uscourts.gov>
Subject:Activity in Case 1:05-cv-00500-GMS Gauntt v. Byrd et al "Partial Filing Fee
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 11/17/2005 at 10:29 AM EST and filed on 11/16/2005

**Case Name:**      Gauntt v. Byrd et al
**Case Number:**    1:05-cv-500 GMS
**Filer:**          Raymond Gauntt, Jr
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Raymond Gauntt, Jr: $ 8.00, receipt number 141209 (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-500 Notice will be electronically mailed to:**

**1:05-cv-500 Notice will be delivered by other means to:**

Raymond Gauntt, Jr
SBI 344213
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

NOV 23 2005



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RTS
RETURN TO SENDER

☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ UNKNOWN / NOT KNOWN / STREET
☐ ATTEMPTED NUMBER AS ADDRESSED
☐ NO SUCH NUMBER
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

RECEIVED
NOV 1 8 2005
SCI MAILROOM

WILMINGTON DE
22 NOV 2005