May 13, 2006

To Whom It May Concern,    05-500 (GMS)

    I am writing this letter in regards to my lawsuit: GAUNTT VS BYRD; filed in the state of Delaware. I had sent a letter to you previously using my permanent address in Salisbury, MD, that occurred while I was still incarcerated at S.C.I. in Georgetown, DE. I am now incarcerated at the Wicomico County Detention Center in Salisbury, MD. I am respectfully requesting that a copy of my claim papers and my case # be mailed to both my current address

FILED MAY 17 2006 BD scanned U.S. DISTRICT COURT DISTRICT OF DELAWARE

PERMANENT ADDRESS: Raymond D. Gauntt Jr.
3855 St. Lukes Rd.
Salisbury, MD. 21804

CURRENT ADDRESS: Raymond D. Gauntt Jr.
#98031851 W.C.D.C.
411 Naylor Mill Rd.
Salisbury, MD. 21801

and my permanent address. I would also request the status of my case. I am asking for this information to be sent to *BOTH ADDRESSES*, because I may be released soon, and I want to be certain I receive it. I have contacted legal representation and I am awaiting a response from them.

    I had been assigned a payment plan of $13.50 per month. My last payment was August or September 2005. I still owe from that time to the present. I believe my balance should be $121.50

I AM CONCERNED THAT MY CASE MIGHT BE DROPPED BECAUSE OF NONPAYMENT. WHAT CAN I DO TO AVOID THE CASE BEING DROPPED? YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED. THANK YOU IN ADVANCE FOR A TIMELY RESPONSE

SINCERELY

*Raymond Gauntt Jr*

RAYMOND D. GAUNTT JR

Raymond Gantt Jr.
W.C.D.C. #9803185I
411 Naylor Mill RD
Salisbury MD 21804



EASTON MD 216

15 MAY 2006 PM 2 L

This letter was sent by an inmate of Wicomico County Dept. of Corrections. Wicomico County is not responsible for debts incurred or for the contents of this letter.

United States District Court
9th E. King Street
Wilmington DE 19899