IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND GAUNTT, JR.,                    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  ) Civ. No. 05-500-GMS
                                        )
DRILL INSTRUCTOR BYRD, et al.,          )
                                        )
            Defendants.                 )

## ORDER

WHEREAS, Raymond Gauntt, Jr., ("Gauntt"), was a prisoner incarcerated at the Sussex

Correctional Institute ("SCI"), Georgetown, Delaware at the time he filed this 42 U.S.C. § 1983

action,  along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on November 28, 2005, the court received a change of address for Gauntt

that indicated he had been released from prison and that provided the court with his home

address upon release;

WHEREAS, on March 31, 2006, the court ordered the plaintiff to either pay the balance

of the filing fee he owed ($228.50) or submit a new standard form application to proceed without

prepayment of fees and affidavit within thirty days of the date of the order (D.I. 6);

WHEREAS, after the time had lapsed and the plaintiff had not complied with the court's

order, the case was dismissed on May 16, 2006 (D.I. 7);

WHEREAS, after the case was dismissed the plaintiff advised the court that he remained

incarcerated at SCI at the time he informed the court of his change of address(D.I. 8);

WHEREAS, plaintiff advised the court that he is no longer incarcerated at SCI, but is

now incarcerated at the Wicomico County Detention Center in Salisbury, Maryland (D.I. 8);

WHEREAS, the plaintiff requests the court to send information to both his home address and his address at the detention center (D.I. 8);

THEREFORE, at Wilmington this 2nd day of May, 2006, IT IS HEREBY ORDERED that:

1.    The clerk of the court shall reopen this action.

2.    The plaintiff shall return to the court the attached payment required authorization form within 30 days from the date of this order or the case shall be dismissed without prejudice.

3.    The plaintiff shall receive notification from the court only at the location where he is currently incarcerated.  Should the plaintiff be released from his current facility, he shall promptly inform the court of his new address.

UNITED STATES DISTRICT JUDGE