Raymond Gauntt
#98031851
411 Naylor Mill Rd.
Salisbury, MD. 21801

May 24, 2006

United States District Court
844 N. King St. Lock Box #18
Wilmington, DE. 19801-3570

BP Scanned
FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To Whom It May Concern,

I have written this motions in regards to my case being closed. I have been incarcerated here since the beginning of this year; when I forwarded all of my mail to 8 3855 St. Lukes Rd. Salisbury, MD. 21804.

I was suppose to have all of my mail from my home address forwarded here. However, due to personal family problems, I have not received any documents pertaining to my case, along with the 30 day notice. I have not received any income to send for the prepayment plan. I would greatly appreciate my motion being granted. I am currently awaiting response for legal representation. Thank you for a timely response to this request.

Sincerely
Raymond Gauntt Jr
RAYMOND GAUNTT Jr