①

In the United States District Court
For the District of Delaware
Wilmington

Raymond Gauntt Jr.,
                Plaintiff

-vs-                                Case# 1:05-CV-00500 GMS

Drill Instructor Byrd,
Sussex Boot Camp Facility,
Warden Rick Kearney,



FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

Motion to Continue
Proceeding in the Case at
Bar

Please take notice, Comes now the Plaintiff, Raymond Gauntt Jr., Pro Se, and who has not be trained or learned in law, respectfully moves this Honorable Court to Grant

reasons listed herein and hereafter:

1. The plaintiff did file a notice to this Honorable Court Changing his address,

2. The Change of address was done in a timely fashion

3. The plaintiff was incarcerated in Maryland and did not have any knowledge of such action had been taken

4. The plaintiff has Complied with all of this Honorable Courts Orders prior to this rule made on 5/16/06.

Wherefore the plaintiff prays that this Honorable Court Grant the foregoing motion for the good reason(s) listed herein.

③

Respectfully Submitted

Raymond Cauntt Jr
411 Naylor Mill Rd.
Salisbury, Md- 21801

Certificate of Service

I Raymond Cauntt Jr., hereby swear that a true copy of the foregoing has been mail to the Clerk of Court on this 23rd day of May, 2006, by U.S. Mail

Respectfully Submitted

Raymond Cauntt Jr
411 Naylor Mill Rd.
Salisbury, Md. 21801

PS: Please be advised that I ask the Clerk to forward all parties a copy of the foregoing, because the plaintiff is currently incarcerated and can't make the copies.

Raymond Gauntt #378851
W.C.D.C.
411 Naylor Mill RD
Salisbury MD 21804

Legal Documents

This letter was sent by an inmate of Wicomico County Dept. of Corrections. Wicomico County is not responsible for debts incurred or for the contents of this letter.

United States District Court
844 N. King Street, Lockbox 18
Wilmington, DELAWARE 19801-3570