June 2nd 2006

To Whom it May Concern:         05-500

I am writing this in regards to my Authorization paper. I have been removed from Wicomico County Detention center and have been placed at M.R.D.C.C. in Baltimore but will only be here for approximatly two weeks, I am not sure where I am going from here but I will notify the court as soon as possable so the Authorization can go into affect immediatly. Thank you very much.

Sincerely

Raymond Sweatt Jr.

P.S. My new I.D. Number is 335-866

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Raymond Gaunt #335-866-M.R.D.C.C.
50 E. Madison St.
Baltimore, Maryland 21202

BALTIMORE MD 212
05 JUN 2006 PM 1 F

United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

19801+3570