IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND GAUNTT, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-500 GMS |
| | ) |
| DRILL INSTRUCTOR BYRD, et al. | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Raymond Gauntt, Jr., #98031851, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 2, 2005 (D.I. 3, attached).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _June 2nd_, 2006.

_Raymond Gauntt, Jr._
Raymond Gauntt, Jr.

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned