IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND GAUNTT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-500-GMS |
| | ) |
| DRILL INSTRUCTOR BYRD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on May 22, 2006, the court entered an order requiring the plaintiff, Raymond Gauntt, Jr., ("Gauntt"), to return to the court the required payment authorization form within 30 days from the date of this order or the case shall be dismissed without prejudice;

WHEREAS, on May 26, 2006, Gauntt filed a motion for extension of time to comply with the court's order (D.I. 11);

THEREFORE, at Wilmington this 12th day of June, 2006, IT IS HEREBY ORDERED that the motion for extension of time is GRANTED. Plaintiff is given an additional 30 days from the date of this order to return to the court the required payment authorization form or the case shall be dismissed without prejudice.

UNITED STATES DISTRICT JUDGE