June 20th '06
05-500

To Whom It May Concern

I am writing this in regards to my lawsuit Gauntt v Byrd and my Authorization paper for extended pre payment my new change of address is as follows

Raymond Gauntt Jr #335-866
✱ M.C.I.H. / A.H.U.         All
✱ 18601 Roxborry RD  ← Mail
   Hagerstown MD 21746         To:

Please send the jail the signed copy so they can start withdrawing the money as I get some Thank you very much. Have a great day

Sincerely
Raymond Gauntt Jr



Raymond Gowatt #335-866
M.C.I.H. /A.H. FREDERICK MD 217
18601 Roxbury RD
Hagerstown MD 21746

Office of the Clerk
United States District Court
844 N King Street, Lockbox 18
Wilmington DE 19801-3570