Judge Gregory M. Sleet;

    I am writing this in regard to the memorandum I recieved on August 10th 2006. It says that I am to fill out an original "U.S. Marshall-285" form for the remaining defendant Drill Instructor Byrd. I can not obtain that form from the Law Library from the facility I am currently at. I was told I had to get it from the court. It would be greatly appreciated if I could have 2 forms sent to me. Thank you for your time and patience.

Sincerely
Raymond D. Gauntt Jr.

